IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH KESLAR** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-4513 |
| | : | |
| **MONTGOMERY MCCRACKEN WALKER & RHODES, LLP** | : : | |

# ORDER

AND NOW, this 28th day of August 2024, upon considering the parties' letter requesting the case be dismissed as the above matter has settled between the parties (DI 13), it is

**ORDERED**:

1. The action is **DISMISSED with prejudice** pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall **close** this case.

*[signature]*
**MURPHY, J.**